UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LINDSEY M. WILLIAMS,

        Plaintiff

    v.            C-1-08-899

WARREN COUNTY, OHIO, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 44), plaintiff's objections (doc. no. 45), the response by defendant Warren County Ohio (doc. no. 46) and the response by defendant City of Blue Ash (doc. no. 47).  The Magistrate Judge concluded that plaintiff has failed to present anything in support of his claim which raises any genuine dispute of a material fact because the critical facts are refuted by evidence filed of record and the conclusory allegations, standing alone, do not demonstrate a genuine dispute for trial.  The Magistrate Judge therefore

2

recommended that both defendants' Motions for Summary Judgment (doc. nos. 26 and 28) be granted and that this case be dismissed with prejudice.

Plaintiff objects to the Judge's Report and Recommendation on the grounds that his findings are contrary to law.

## CONCLUSION

Upon a *de novo* review of the record, especially in light of plaintiff's objections, the Court finds that plaintiff's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Judge.

3

Accordingly, the Court hereby ADOPTS AND INCORPORATES BY REFERENCE the Report and Recommendation of the United States Magistrate Judge (doc. no. 46). The Court notes, however, the following corrections to the Report and Recommendation: at page 4, line 9, the word "rife" should be "rifle;" at page 11, line 17, "en entity" should be "an entity; and at page 13, line 4, "Ct. App." should be removed from the citation.

Defendants' Motions for Summary Judgment (doc. nos. 26 and 28) are GRANTED.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                s/Herman J. Weber  
                                        Herman J. Weber, Senior Judge  
                                        United States District Court